55 So.2d 135

### Kelly SHAW v. Paul BAILEY et al.

#### 4 Div. 676.

Supreme Court of Alabama.

Nov. 15, 1951.

Patterson & Patterson, Phenix City, for petitioner.

W. R. Belcher, Phenix City, opposed.

SIMPSON, Justice.

Petition of Kelly Shaw for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Shaw v. Bailey et al., Ala.App., 55 So.2d 132.

Writ denied.

LIVINGSTON, C. J., and FOSTER and GOODWYN, JJ., concur.